1
2
3
4
5
6
7
8
9
10
11
12
13
14

– O –

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,       )   2:11-MJ-606
16              Plaintiff,          )
                                    )   ORDER OF DETENTION AFTER
17       v.                         )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
                                    )   Allegations of Violations of Probation
18  James Edward Nichols            )   Supervised Release)
                                    )   Conditions of Release)
19                                  )
            Defendant.              )
20  _____

21       On arrest warrant issued by a United States District Court involving alleged

22  violations of conditions of probation or Supervised Release,

23       The court finds no condition or combination of conditions that will

24  reasonably assure:

25       (A)  [X]   the appearance of defendant as required; and/or

26       (B)  [X]   the safety of any person or the community.

27  //
28  //

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will comply with conditions of release. Also, some evidence of mental health issues._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will comply with conditions of release. Also, no available sureties or bail resources._

IT IS ORDERED that defendant be detained.

DATED: 3/21/11

*S H Segal*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE